1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2016 JAN 29 A 11:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

Muhammad Al-Ameen
A.K.a. TERRY D. RIVERS : 110046

(Enter above the full name(s) of the
Plaintiff(s) in this action)

CV-16-AR-0166-M

v

Officer COI Jones

(Enter above the full name(s) of the
Defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B. If you answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiff(s): _____

Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____ St. Clair Prison

   A. Is there a prisoner grievance procedure in this institution?

   Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ( )   No (✓)

   C. If your answer is YES:

   1. What steps did you take? _____ Filing this Complaint

   2. What was the result? _____

   D. If your answer is NO, explain why not? _____

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Muhammad Al-Amzen aka. Terry D Rivers  1000 St. Clair Rd Springville AL 35146

Address _____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __COI OFFicer JONES__ is employed as __OFFicer__ at __St Clair Prison__ at __1000 St. Clair Rd SPringville AL 35146__

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. (Do not give any legal arguments or cite any cases or statutes). If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

ON 1/4/16 I'm Severely Beaten by Jones because I touched miss Boat Wright on her Shoulder to Say Roll tide She came to me to inform me that She knew I was in NO way going to hurt Nor assault her and did inform officals of the Prison the Same I was Beaten So bad my eye's were Puffid closed Blood everywhere Picture's were taken EX-Rays ect. at age Fifthy Nine (59) with So many other Health Problems I Nearly died as they Place me in a Singel Cell

beaten and it is them the gangs that Runs St. Clair Prison I Fear For my life as I don't know when mr. Jones may wish to beat me again The Prison is underman under Staffed out of control, there are things happening that if officals was in control would Never be Permitted I enclose a copy of Disciplinary Showing his insidious attemp to cover his crime of assault. The Day of the incident I wrote Statments For Captain Peters, and gave a Statment to Captain Gary Malone

mrs Boatwrite as well gave her Statment All the Above will wittness to these Facts

Where I Remain to oay on the Disciplinary Report he dose not officer Jone Submit his Name in order to hide his Crime. The Young People with Penis and other indesent actions are not treated nor-

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I desire absolutely NO money That the court NOT Permit Jones Freedom to assualt me again and be Charged with assualt and that he be given due Punishment

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                (date)

due to my condition and the Conditon of the Prison, I will Sub-mit FoRma PauPERis very soon if the court Permits

Signature(s)

Muhammad al aneen

Alabama Department of Corrections                                    DISC001

# DISCIPLINARY REPORT

### 403A (1-4)

**Incident Report Number:**     SCCF-16-00024

**1. Inmate:**     RIVERS, TERRY            **Custody:**   MEDIUM            **AIS:** 00110046X

**2. Institution:**   ST.CLAIR CORRECTIONAL FAC.                              **Disc #:** SCCF-16-00024-1

**3. The above inmate is being charged by:**      Jumper, Nurse Susan

   **with a violation of the following Rule(s):**

   902 - Assault on a Person(s) associated with ADOC

   **From Administrative Regulation #403, which occured on or about:**

   Jan  4 2016  9:30AM at Infirmary

   **A hearing on this charge will be held after 24 hours from being served.**

**4. Circumstances of the violation(s) are as follows:**

   You inmate Terry River B/M 110046 did assault Nurse Susan Jumper when you stroke Nurse Jumper in the back.

   01/04/2016                                      Jumper, Nurse Susan / Other
   Date                                            Arresting Officer Name / Title

**5.** I hereby certify that on this ___8___ day of ___January___, 20_16_, at (time) ___5:35___ ( am /pm), I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   ___A. Kendrick C·I___                         ___Refuse to sign  A. Kendrick C·I___
   Serving Officer Name / Title                   Inmate's Signature / AIS Number

**6. Witnesses desired?**     **NO:** __Refuse to sign  A. Kendrick__       **YES:** _____
                                       Inmate's Signature                            Inmate's Signature

**7. If yes, list:**   **AIS:**  _____  **NAME:**  _____

                       **AIS:**  _____  **NAME:**  _____

                       **AIS:**  _____  **NAME:**  _____

Raymond Means
a/k/a Terry...
1000 St. Clair Rd
Springville A 35...

SECURITY

JAN 29 2016

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

"This correspondence is forwarded from an Alabama
State Prison. ... been evaluated,
and the ADOC ... the substance or
content of the enclosed communication."

neopost
01/27/2016
US POSTAGE $00.69⁰
ZIP 35146
041L11233249

OFFice of

CLERK UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L BLACK UNITED STATE COURThOUSE
1729 5th AVENUE NORTH
Birmingham Alabama, 35203-20-40