AMENED Complaint

Al-Ameen

v. Jones

Case No.
CV-AR-0166-m

FILED
2016 FEB -4  A 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

BY THE COURT'S PERMISSION I-Submit The Following STATEMENTS.

In Further support of the Previous Submitted Complaint. On 1/26/16 I was seen by Doctor Wilson. I was informed that X-Rays did show inner wounds, which were severe on 1/4/16 after the assualt by Jones. I have severe headach, which I informed the Doc. I remain in Segregation in one man Cell, New medication was Written on 1/26/16. I have a great fear of Jones. the Prison being in the condition it is, me Turning (60) Sixty this Year that fear continues to grow. As I have been comitted in the Pass to (4) Four mental Hospitals, Three (3) times in mount vernon in Alabama and once in the State of Fla, I need help to cope, I am on mental Health case lode

THE Prison officals have not taken me to a displinary hearing ect. IF I am Freed From Seg. I will still have to Face Jones who have Severlly assualted me. I PlEAD with the court to aid me in any way Possible, to stop Jones From misuse of the Law and charge him for his crime. I've Just been given a statement form asking if I like to make a statement

I gave the same statement I gave capt. Peters on 1/4/16

*Muhammad Al-Ameen*

date of the incident

Today is

1/31/16   INmate's have literally hit officers and yet they were Not beaten or assualted

*Muhammad Al-Ameen*